

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00403-CV

| | | |
|---|---|---|
| Tom S. Diffley | § | From the County Court at Law No. 1 |
| | § | of Tarrant County (2012-005713-1) |
| v. | § | November 26, 2014 |
| Federal National Mortgage Association, a/k/a Fannie Mae | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Tom S. Diffley shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
  Justice Lee Gabriel